701 A.2d 435

IN THE MATTER OF HUGO MORAS, AN ATTORNEY AT LAW.

October 16, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **HUGO MORAS** of **SOUTH ORANGE,** who was admitted to the bar of this State in 1975, be reprimanded for violating *RPC* 1.15 (safekeeping property); *RPC* 5.3(c)(3) (supervision of a non-lawyer employee); and *Rule* 1:21-6, and good cause appearing;

It is ORDERED that **HUGO MORAS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.